UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:
MELISSA ROLF WATT

CASE NO: 19-31857

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7

On 9/4/2026, I did cause a copy of the following documents, described below,

Motion to Reopen Case

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/4/2026

/s/ Marie F. Martin
Marie F. Martin 0287040

Martin & Hedervare PLLC
2828 University Avenue SE Suite 202
Minneapolis, MN 55414
651-243-3367
marie@mhpllclaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

MELISSA ROLF WATT

CASE NO: 19-31857

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 9/4/2026, a copy of the following documents, described below,

Motion to Reopen Case

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/4/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Marie F. Martin
Martin & Hedervare PLLC
2828 University Avenue SE Suite 202
Minneapolis, MN 55414

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 19-31857
DISTRICT OF MINNESOTA
THU SEP 3 13-22-10 PST 2026

REGIONAL ACCEPTANCE CORP
PO BOX 1847
WILSON NC 27894-1847

RIDGEVIEW MEDICAL CENTER
500 S MAPLE ST
WACONIA MN 55387-1791

~~EXCLUDE~~

~~ST PAUL~~
~~200 WARREN E BURGER FEDERAL BUILDING~~
~~AND US COURTHOUSE~~
~~316 N ROBERT ST~~
~~ST PAUL MN 55101-1495~~

AFFINITY PLUS FEDERAL CREDIT UNION
CO MESSERLI KRAMER PA
3033 CAMPUS DR STE 250
PLYMOUTH MN 55441-2685

(P)AFFINITY PLUS FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
175 W LAFAYETTE FRONTAGE ROAD
SAINT PAUL MN 55107-1420

ALLINA CLINIC HEALTH CHASKA
PO BOX 29227
MINNEAPOLIS MN 55429-0227

ALLINA HEALTH
PO BOX 77088
MINNEAPOLIS MN 55480-7788

ASSURANCE HEALTH
DEPT CH 16854
PALATINE IL 60055-0001

BARCLAYCARD CARD SERVICES
PO BOX 13337
PHILADELPHIA PA 19101-3337

BUREAU OF FISCAL SERVICES DEPT VA CANT
500 VIRGINIA DRIVE 514
FORT WASHINGTON PA 19034-2733

CVI SGP CO ACQUISITION TRUST
PO BOX 385908
MINNEAPOLIS MN 55438-5908

CVI SGPCO ACQUISITION TRUST
CO RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE SC 29603-0587

CAPITAL ONE BANK (USA) NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE BANK NA
BY AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CENTURYLINK
100 CENTURYLINK DRIVE
MONROE LA 71203-2041

CROSSINGS DENTAL CARE
8170 OLD CARRIAGE COURT SUITE 150
SHAKOPEE MN 55379-3190

DEPARTMENT STORES NATL BANK MACY
PO BOX 390905
MINNEAPLIS MN 55439-0905

DIRECTTV LLC
BY AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

DIRECTV LLC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 5072
CAROL STREAM IL 60197-5072

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

MINNESOTA REVENUE
PO BOX 64447BKY
ST PAUL MN 55164-0447

MALACKO LAW
PO BOX 135
COTTAGE GROVE MN 55016-0135

MESSERLI KRAMER PA
3033 CAMPUS DRIVE
SUITE 250
PLYMOUTH MN 55441-2685

MINNESOTA DEPARTMENT OF REVENUE
MAIL STATION 4413
SAINT PAUL MINNESOTA 55146-4413

NELNET
ATTN CLAIMS
PO BOX 82505
LIINCOLN NE 68501-2505

NORTHLAND GROUP
7831 GLENROY ROAD
SUITE 250
MINNEAPOLIS MN 55439-3117

NURA
PO BOX 860377
MINNEAPOLIS MN 55486-0377

PATHWAYS CHIROPRACTIC
16154 MAIN AVE SE STE 134
PRIOR LAKE MN 55372-4800

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

(P)QWEST CORPORATION DBA CENTURYLINK QC
ATTN CO LUMEN TECHNOLOGIES
931 14TH STREET 9TH FLOOR
BROOMFIELD CO 80202

REGIONAL ACCEPTANCE CORP
1351 EAST BARDIN ROAD
ARLINGTON TX 76018-2136

~~EXCLUDE~~
~~(D)REGIONAL ACCEPTANCE CORPORATION~~
~~PO BOX 1847~~
~~WILSON NC 27894-1847~~

(P)RELIANCE RECOVERIES
ATTN ACCOUNTS RECEIVABLE SERVICES
6160 SUMMIT DR N
SUITE 440
BROOKLYN CENTER MN 55430-2149

RIVER VALLEY BEHAVIORAL HEALTH
PO BOX 1505
MANITOWOC WI 54221-1505

ST FRANCIS MEDICAL CENTER
PO BOX 29227
MINNEAPOLIS MN 55429-0227

STERLING JEWELERS
375 GHENT ROAD
AKRON OH 44333-4601

STEWART ZLIMEN JUNGERS LTD
2860 PATTON ROAD
ROSEVILLE MN 55113-1100

SUBURBAN BILLING EMERGENCY ASSOCIATES
PO BOX 135
COTTAGE GROVE MN 55016-0135

SUBURBAN EMERGENCY ASSOCIATES
PO BOX 46100
PLYMOUTH MN 55446-0100

TRANSWORLD SYSTEMS INC
PO BOX 15616
WILLMINGTON DE 19850-5616

TARGET
PO BOX 30171
TAMPA FL 33630-3171

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STEET SUITE 201
LINCOLN NE 68508-1911

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

VICTORIAS SECRET COMENITY BANK (WORLD FI
PO BOX 12914
NORFOLK VA 23541-0914

WINDHAM PROFESSIONALS
PO BOX 1048
SALEM NH 03079-1048

~~EXCLUDE~~
~~MARIE F MARTIN~~
~~MARTIN HEDERVARE PLLC~~
~~2020 UNIVERSITY AVENUE SE~~
~~STE 202~~
~~MINNEAPOLIS MN 55414-4127~~

MARY JO A JENSENCARTER
BUCKLEY JENSEN
1257 GUN CLUB ROAD
WHITE BEAR LAKE MN 55110-3379

MELISSA L ROLFWATT
315 1ST AVE NE
APT 762
MINNEAPOLIS MN 55413-5011